IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JERRY BLANEY | § | |
| Petitioner, | § | |
| VS. | § | NO. 3-10-CV-2370-B |
| CHIEF JUDGE, FIFTH DISTRICT COURT OF APPEALS | § | |
| Respondent. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

SO ORDERED this <u>16th</u> day of December, 2010.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE